UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIV- |
| v. | ) | Case No. |
| | ) | |
| ANTHONY L. KURTZ, | ) | DECLARATION OF |
| | ) | J. BECK |
| | ) | INTERNAL REVENUE SERVICE |
| Respondent. | ) | |
| | ) | |

J. Beck, hereby declares as follows:

1.  I am a duly commissioned revenue officer of the Internal Revenue Service, employed in the Small Business/Self-Employed Division of the Office of the Area Director in Tampa, Florida, with a post of duty in Sarasota, Florida.  As a revenue officer I am authorized to issue Internal Revenue summonses pursuant to the authority contained in 26 U.S.C. Section 7602, Treas. Reg. Section 301.7602, and Internal Revenue Service Delegation Order No. 4 (as revised).

2.  In my capacity as a revenue officer, I am conducting an investigation for the collection of the federal income tax liability of the respondent, Anthony L. Kurtz, for the tax year 2010.

3.  In furtherance of the investigation, on December 12, 2011, I issued an Internal Revenue Service Summons directing the

Exhibit A

respondent to appear before me on January 9, 2012, to give testimony and to produce for examination and copying certain books, records, papers or other data, as described in said summons.

4. On December 12, 2011, I served an attested copy of the summons on the respondent by leaving it at the respondent's last and usual place of abode. Service of the summons is evidenced by the Certificate of Service on the reverse side of the summons. A copy of the summons for the tax year 2010 is attached hereto and incorporated herein as Exhibit A-1.

5. On January 9, 2012, the respondent did not appear in response to the summons.

6. On March 27, 2012, Associate Area Counsel for the Internal Revenue Service sent a letter to the respondent offering the respondent another opportunity to appear on April 16, 2012, to satisfy the summons. A copy of the letter is attached hereto as Exhibit A-2. On April 15, 2012, the respondent sent a letter by facsimile stating he would be unable to appear on April 16, 2012. A copy of the letter is attached hereto as Exhibit A-3. The respondent failed to appear on April 16, 2012.

7. The respondent's refusal to comply with the summons as it relates to the tax year 2010 continues to the date of this declaration.

8. Information, books, records, papers, and other data which may be relevant and material to the investigation are in the possession, custody or control of the respondent.

9. The information, books, records, papers, and other data as sought by the summons are not already in the possession of the Internal Revenue Service.

10. It is necessary and relevant to obtain the testimony and to examine the books, records, papers, or other data sought by the summons, in order to complete the investigation regarding the collection of the federal income tax liability of respondent for the tax years 2010.

11. All administrative steps required by the Internal Revenue Code for the issuance of the summons have been followed.

12. A Justice Department referral, as defined by 26 U.S.C. Section 7602(d)(2), is not in effect with respect to the respondent for the years under investigation.

I declare under penalty of perjury, pursuant to 28 U.S.C. Section 1746, that the foregoing is true and correct.

Executed this ___7th___ day of ___MAY___, 2012.

_James M Beck_

J. Beck
Revenue Officer
Internal Revenue Service

- 4 -