

OFFICE OF THE CHIEF COUNSEL

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF DIVISION COUNSEL
SMALL BUSINESS/SELF-EMPLOYED
P.O. BOX 9, STOP 8000
51 S.W. FIRST AVENUE, ROOM 1114
MIAMI, FLORIDA 33130
FAX: (305) 982-5406

MAR 2 7 2012

CC:SB:3:MIA:TBLeibowitz
GL-111899-12

**Via Regular Mail**

Anthony L. Kurtz

Dear Mr. Kurtz:

This letter supersedes correspondence sent to you on March 21, 2012. The Small Business/Self-Employed South Atlantic Area of the Internal Revenue Service has notified our office that you did not comply with the provisions of the two summons served on you on December 12, 2011. Under the terms of both summons, you were required to appear before Revenue Officer Jim Beck on January 9, 2012. You did not appear on January 9, 2012.

Legal proceedings may be brought against you in the United States District Court for not complying with both the summons. To avoid such proceedings, you are to appear before Revenue Officer:

Name:     Jim Beck
Date:     April 16, 2012
Time:     9:00 AM
Address:  5971 Cattleridge Blvd
          Ste 102
          Stop 5410
          Sarasota, Florida 34232

Exhibit A-2

GL-111899-12                                        2

     Any books, records or other documents called for in each summons should be produced at that time.  If you have any questions, please contact Revenue Officer Jim Beck at (941) 378-6407.


                                    Sincerely,


                                      WILLIAM L. BLAGG
                                      Associate Area Counsel
                                      (Small Business/Self-Employed)


          By: _____
                                      Tracey B. Leibowitz
                                      Senior Attorney (Miami)
                                      (Small Business/Self-Employed)




cc:    Jim Beck, Revenue Officer