FROM : 0000000000                    FAX NO. :                    Apr. 15 2012 10:33PM  P1

Anthony Kurtz

April 14, 2012                              ATTN: JIM BECK

To Whom it may concern:

I will be unable to attend the requested meeting on April 16, 2012 @ 5971 Cattleridge Blvd.

Thank you —

*[signature]*

SBSE - FIELD COMPLIANCE
RECEIVED
APR 16 2012
INTERNAL REVENUE SERVICE
SARASOTA, FL

Exhibit A-3