UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

v.                                             Case No: 8:12-mc-59-T-27EAJ

ANTHONY L. KURTZ,

    Respondent.
_____/

## ORDER TO COMPLY WITH IRS SUMMONS

THIS CAUSE is before the Court on the Report and Recommendation of the Magistrate Judge (Dkt. 7), which recommends that the Petition to Enforce Internal Revenue Service Summons (Dkt. 1) be granted. The Report and Recommendation was issued after a hearing during which Respondent had the opportunity to show cause why he should not be compelled to comply with the summons. Notwithstanding actual notice, Respondent did not appear at the hearing. Further, Respondent did not file timely objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, it is ORDERED that:

1) The Report and Recommendation (Dkt. 7) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) The Petition to Enforce Internal Revenue Service Summons (Dkt. 1) is GRANTED.

3) Respondent is directed to appear before the person designated by the Internal Revenue Service at such time and place as directed in writing by the Internal Revenue Service and to comply in all respects with the summons.

4) Should Respondent fail to comply with this Order, he will be subject to sanctions, including but not limited to a citation for contempt of court for failure to comply with a court order.

5) A copy of this Order shall be mailed to Respondent by the Clerk in accordance with its standard procedures. Further, the Government shall cause a true copy of this Order to be served on Respondent in any manner permitted by the Federal Rules of Civil Procedure.

6) Within 21 days, the Internal Revenue Service shall direct Respondent to appear in accordance with this order, specifying the (1) person before whom he is to appear, (2) time, (3) date and (4) location. The Government shall file a copy of the written directive and a return of service on Respondent.

7) The Clerk is directed to administratively close this case. The Court reserves jurisdiction to enforce this Order.

DONE AND ORDERED this 12th day of September, 2012.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Respondent